## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| LISA SOLOMON, on behalf of herself and all others similarly situation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>AIR ACADEMY FEDERAL CREDIT UNION,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 3:23-cv-00398<br><br>[Removed from the Circuit Court of Cabell County, Case No. 23-C-100 |

## NOTICE OF REMOVAL

Defendant Air Academy Federal Credit Union ("Air Academy FCU"), but its undersigned counsel, hereby files a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

1. On or about March 27, 2023, Plaintiff Lisa Solomon ("Plaintiff") filed a Class Action Complaint ("Complaint") in the Circuit Court of Cabell County, West Virginia, titled *Lisa Solomon v. Air Academy Federal Credit Union*, Case No. 23-C-100 ("State Court Action"). A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. In her Complaint, Plaintiff alleges a breach of contract and unjust enrichment. Ex. A.

3. The West Virginia Secretary of State was served with the Complaint on April 7, 2023. Ex. A.

4. Pursuant to 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

5.      This Notice of Removal is filed with this Court within thirty (30) days of service of the Complaint on the Secretary of State.

## DIVERSITY JURISDICTION

6.      This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 on the basis of diversity jurisdiction because: (1) complete diversity of citizenship exists between Plaintiff and Air Academy FCU and (2) the amount in controversy exceeds $75,000, exclusive of costs and interest.

### Complete Diversity Exists

7.      Plaintiff is a citizen and resident of Milton, Cabell County, West Virginia. Ex. A ¶ 5.

8.      Air Academy FCU is a credit union that is federally chartered, incorporated and maintains its principal place of business in Colorado. *See* Ex B ¶ 2. Pursuant to 28 U.S.C. § 1332(c)(1), Air Academy FCU is deemed to be a citizen of the state in which it is incorporated and has its principal place of business. *Lincoln Pro. Co. v. Roche*, 546 U.S. 81, 94 (2005). Thus, for purposes of diversity jurisdiction under 28 U.S.C. § 1332, Air Academy FCU is a citizen of the State of Colorado.

9.      Therefore, for purpose of removal, complete diversity exists between Plaintiff and Air Academy FCU.

### The Amount in Controversy Exceeds $75,000

10.     This matter also satisfies the amount in controversy requirement of 28 U.S.C. § 1332(d)(2), because, when "aggregated," the claims of the individual class members "exceeds the sum or value of $5,000,000, exclusive of interest and costs." *See* 28 U.S.C. §§ 1332(d)(2) and 1332(d)(6).

11. Here, Plaintiff alleges, as an example, she sustained was assessed and charged an improper overdraft fee on October 5, 2020 and further alleges that Air Academy FCU charges these overdraft fees "to the tune of millions of dollars each year." *See* Ex. A. ¶ 29 and 66. Accordingly, when the various reliefs sought is considered and aggregated in relation to the potential class size, the $5,000,000 amount in controversy requirement of 28 U.S.C. § 1332 has been met in this case.

12. Therefore, the jurisdictional amount needed to establish diversity has been met, and this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

## PROCEDURAL COMPLIANCE

13. Venue lies in this Court because Plaintiff's action is pending in Cabell County, which is within the Southern District of West Virginia.

14. This case is also not precluded from being removed under 28 U.S.C. § 1445.

15. Contemporaneous with the removal of this action, Air Academy has given written notice of this Notice of Removal to the Circuit Court of Cabell County, West Virginia, as well as Plaintiff, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Air Academy Federal Credit Union respectfully notices the removal of this action from the Circuit Court of Cabell County, West Virginia.

Dated: May 19, 2023                            Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: _/s/ Brant Miller_
　　Brant T. Miller, Esq.
　　243 Three Springs Drive, Suite 20
　　Weirton, WV 26062
　　Phone: (304) 907-0087
　　Facsimile: (304) 443-8340
　　btmiller@grsm.com

　　*Attorneys for Defendant*
　　*Air Academy Federal Credit Union*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| LISA SOLOMON, on behalf of herself and all others similarly situation, <br><br> Plaintiff, <br><br> -against- <br><br> AIR ACADEMY FEDERAL CREDIT UNION, <br><br> Defendants. | Civil Action No.: 3:23-cv-00398 <br><br> [Removed from the Circuit Court of Cabell County, Case No. 23-C-100 |

## CERTIFICATE OF SERVICE

I hereby certify that on Mary 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system and that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

KALIELGOLD PLLC
Sophia G. Gold
950 Gilman Street, Suite 200
Berkeley, CA 94710

Jeffrey D. Kaliel
1100 15th Street NW, 4th Floor
Washington, D.C. 20005

JOHNSON FIRM
Christopher D. Jennings
Tyler B. Ewigleben
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201

*/s/Brant Miller*
Brant Miller